Form Number LR 3015-1 A (12/15)

# CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Stephen Ray Raines**  SS#: **xxx-xx-5743**  Net Monthly Earnings: **9,557.90**

**Ronica Kaye Raines**  SS#: **xxx-xx-5287**  Number of Dependents: **2**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **1,205.00**  ☐ weekly  ☑ bi-weekly  ☐ semi-monthly  ☐ monthly into the plan; or

   ( _____ ) Payroll deduction Order: To _____ for
   $ _____  ☐ weekly  ☐ bi-weekly  ☐ semi-monthly  ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **156,600.00**.

   ☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,250.00** ; **$0.00** paid pre-petition; $ **2,000.00** to be paid at confirmation and $ **1000.00** per month until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **WELLS FARGO HM MORTGAGE** | $200,038.00 | ☐ by Trustee ☑ by Debtor $1,357.00 | 07/2017 | $0.00 | NA | 0.00% | $0.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| **ALABAMA CREDIT UNION** | $119.00 | $10,062.00 | $11,875.00 | $0.00 | 2011 HONDA ACCORD | 5.50% | $265.00 | After Conf. |
| **ALABAMA CREDIT UNION** | $158.00 | $15,534.00 | $15,750.00 | $0.00 | 2010 CHEVROLET SILVERADO | 5.50% | $410.00 | After Conf. |
| **AMERICAN HONDA FINANCE** | $10.00 | $351.00 | $1,050.00 | $0.00 | HONDA MOTORCYCLE | 5.50% | $100.00 | After Conf. |
| **WELLS FARGO** | $10.00 | $3,400.00 | $1,500.00 | $0.00 | FURNITURE | 5.50% | $105.00 | After Conf. |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

   ☑ This is an original plan.  ☐ This is an amended plan replacing plan dated ____.

   ☑ This plan proposes to pay unsecured creditors **100** %.

   ☑ Other Provisions: **If an allowable secured claim is filed but was not provided for in the plan, debtor proposes to pay 4.25% upon that secured claim.**

   **The Trustee will make disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order to be determined by the Trustee: 1. Trustee's Fee; 2. Filing Fee; 3. Initial Costs of Administration (including attorney fees payable at confirmation); 4. Allowed Secured Claims and §503(b) Administrative Expenses with fixed monthly payments (including Professional Fee Claims with fixed payments); 5. Allowed Priority Claims for Domestic Support; 6. Other Allowed Priority Claims, including Allowed Priority Tax Claims; and 7. Allowed General Unsecured Claims.**

Name/Address/Telephone/Attorney for Debtor (s)  Dated: 06/09/17  /s/ Stephen Ray Raines

**/s/ Bradford W. Botes**  **Stephen Ray Raines**
**600 University Park Place**  Signature of Debtor
**Suite 510**  /s/ Ronica Kaye Raines
**Birmingham, AL 35209**  **Ronica Kaye Raines**
Telephone # **(205) 802-2200**  Signature of Debtor