# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Stephen Ray Raines } | **Case No: 17-71044-JHH13** |
| SSN: XXX-XX-5743 } | |
| Ronica Kaye Raines } | |
| SSN: XXX-XX-5287 } | |
| DEBTOR(S). } | |

## ORDER WITHDRAWING

This matter came before the Court on Thursday, November 16, 2017 01:30 PM, for a hearing on the following:

  1) RE: Doc #17; Debtors' Objection to Claim Number 8A filed by Wells Fargo Bank, N.A. in the Amount of $1,934.61
  2) RE: Doc #23; Response to Debtors' Objection to Claim Number 8A filed by Wells Fargo Bank, N.A.

Proper notice of the hearing was given and appearances were made by the following:
  Kathryn L Bettis for Bradford W. Botes, attorney for Ronica Kaye Raines (Joint Debtor)
  Kathryn L Bettis for Bradford W. Botes, attorney for Stephen Ray Raines (Debtor)
  Enslen Crowe, attorney for Wells Fargo Bank, N.A. (telephonic appearance)
  Josh Johnson, Staff Attorney for Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The debtors' withdrawal of the debtors' objection to claim number eight filed by Wells Fargo Bank, N.A. (the "Creditor") (Doc. 17) and the Creditor's withdrawal of its response filed thereto (Doc. 23) are APPROVED.

Dated: 11/17/2017

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge